AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-D/ND
2021 NOV 3 11:27

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRADY DANIEL TORGERSON | ) | Case No. 1:21-cr-205 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brady Daniel Torgerson,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud (2 counts)
Misapplication of Bank Funds (2 counts)
False Entry in Bank Records (2 counts)
Aggravated Identity Theft (3 counts)
Aiding and Abetting

Date: 11/03/2021

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:   Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/3/2021, and the person was arrested on *(date)* 11/4/2021
at *(city and state)* BEULAH, ND.

Date: 11/4/2021

*Arresting officer's signature*

AMANDA LEWIS, DUSM
*Printed name and title*

ON BEHALF OF FDIC