IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Brady Daniel Torgerson, Brent D. | ) | |
| Torgerson, and Kelly M. Huffman, | ) | Case No. 1:21-cr-205 |
| | ) | |
| Defendants. | ) | |

All three defendants made their initial appearances and were arraigned on November 4, 2021. The court appointed AFPD Erin Bolinger to represent Defendant Brady Torgerson solely for the purpose of his initial appearance and arraignment as it determined that he did not financially qualify for court-appointed counsel. It appointed attorneys Ross Espeseth and Jesse Walstad to represent Defendants Brent D. Torgerson and Kelly M. Huffman, respectively.

On motion by the United States, the court scheduled a status conference for 9:00 AM on November 16, 2021, to discuss, among other things, Brady Torgerson's present lack of counsel, the distribution of discovery materials to defendants, and the viability of the December 7, 2021, trial date in this case.

On November 15, 2021, Defendant Kelly M. Huffman filed a notice of substitution of counsel in which he advised that he has retained attorney Alexander Reichert. He also filed a motion requesting the court to continue the November 16, 2021, status conference.

Pursuant to the aforementioned notice of substitution of counsel, the court issued an order substituting attorney Alexander Reichert as Defendant Kelly M. Huffman's counsel of record and authorized attorney Jesse Walstad to withdraw. The court now **GRANTS** Defendant Kelly M.

Huffman's motion to continue the status conference (Doc. No. 27). The status conference scheduled for 9:00 AM on November 16, 2021, is cancelled. It shall be rescheduled at a later date.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
